

**KROLL HEINEMAN**
Attorneys-at-Law

A New Jersey Limited Liability Company

www.krollfirm.com

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. †
Curtiss T. Jameson
Gary A. Carlson
Michael T. Carton ▪
Kourtney J.A. Knop ▲
Michael G. McNally ▲
James M. Monica

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
▪ NJ, NY & DC Bar

September 16, 2010

**VIA ELECTRONIC FILING**
Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
Martin Luther King, Jr., Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 451
Newark, New Jersey 07101

    Re:    **Kane Builders, Inc. v. Southern New Jersey Building Laborers District Council, LIUNA, AFL-CIO**
              Civil Action No.:04-3315 (DMC)

Dear Judge Dickson:

    The parties wish to advise the Court that they have reached a settlement of this matter and are presently preparing a settlement agreement to memorialize the terms.

    Thank you for your efforts in bringing the matter to resolution.

                          Respectfully submitted,

                          S/ MICHAEL G. MCNALLY

                          MICHAEL G. MCNALLY

MGM:mgm

cc:    David J. Garraux, Esq. (via electronic filing)
        James A. Matthews, Esq. (via electronic filing)


11