IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KANE BUILDERS, INC.,<br><br>       Plaintiff,<br>v.<br><br>SOUTHERN NEW JERSEY BUILDING LABORERS DISTRICT COUNCIL, LIUNA, AFL-CIO, et al.,<br><br>       Defendants. | Civil Action No.: 04-CV-3315 (DMC-JAD)<br>Civil Action No.: 04-CV-3315 (DMC-JAD)<br><br>Hon. Dennis M. Cavanaugh<br>Hon. Joseph A. Dickson<br><br>ORDER |

**AND NOW, TO WIT:** This 6th day of December, 2010, it having been reported that the issues between the parties in the above actions have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this matter for the exclusive purpose of enforcing the parties' settlement agreement until such time as the final payment referenced in the parties' agreement is tendered.

                                                    /s/ Dennis M. Cavanaugh
                                           Hon. Dennis M. Cavanaugh, U.S.D.J.